789 A.2d 652

IN THE MATTER OF ALLEN C. MARRA,
AN ATTORNEY AT LAW.

February 8, 2002.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–205, concluding that **ALLEN C. MARRA** of **MONTCLAIR,** who was admitted to the bar of this State in 1967, should be reprimanded for violating *Rule* 1:21–6(b) and *RPC* 1.15(d)(recordkeeping), *RPC* 5.5(a)(unauthorized practice of law), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice);

And the Court having granted the petition for review filed by the Office of Attorney Ethics pursuant to *Rule* 1:20–16(b);

And respondent having been ordered to show cause on January 28, 2002, why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **ALLEN C. MARRA** is suspended from the practice of law for a period of one year retroactive to July 28, 1997, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.